IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS WHITAKER, | ) | 1:08cv01955 BAK [DLB] |
| | ) | |
| | ) | |
| | ) | ORDER GRANTING |
| Plaintiff, | ) | EXTENSION OF TIME |
| | ) | (Document 13) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |
| ——————————————— | ) | |

On August 17, 2009, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file his opening brief.  Plaintiff's counsel explains that the extension is necessary because of personal family related emergencies.  The parties' request is GRANTED. Plaintiff SHALL file his opening brief on or before August 21, 2009.


IT IS SO ORDERED.

Dated:   **August 19, 2009**                    _____**/s/ Dennis L. Beck**_____
                                                  UNITED STATES MAGISTRATE JUDGE

1