1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT FOR THE

8                                EASTERN DISTRICT OF CALIFORNIA

9

CURTIS WHITAKER,                        )          1:08cv1955 BAK [DLB]

10                                      )
                                        )
11                                      )
                                        )          ORDER GRANTING STIPULATION
12                                      )          FOR REMAND
            Plaintiff,                  )
13                                      )          (Document 20)
                                        )
        vs.                             )
14                                      )
MICHAEL J. ASTRUE, Commissioner,        )
15                                      )
                                        )
16          Defendant.                  )
                                        )
17  _____)

18

19          On October 16, 2009, the parties submitted a stipulation that the action be remanded to the

20  Commissioner of Social Security for further administrative action pursuant to sentence four of section

    205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g).
21
            The stipulation to remand is GRANTED and the action is REMANDED to the Commissioner.
22
    The Clerk is ordered to ENTER JUDGMENT IN FAVOR of Plaintiff Curtis Whitaker and against
23
    Defendant Michael J. Astrue.
24
            On remand, the Appeals Counsel shall instruct the Administrative Law Judge to give further
25
    consideration to the report and opinion of examining source Dr. Hawkins and further evaluate
26
    whether the Plaintiff has a medically determinable mental impairment.  Plaintiff may raise additional
27

28                                                  1

issues at the hearing, including the need for an assistive device for ambulation and present additional evidence.  The Administrative Law Judge also shall be directed to obtain supplemental evidence from a vocational expert in which the hypothetical questions would match the residual functional capacity found in the decision.


IT IS SO ORDERED.

**Dated:    October 20, 2009                    /s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

2