Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: young_rohlfing.office@speakeasy.net

Attorneys for Plaintiff CURTIS WHITAKER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS WHITAKER, | Case No.: 1:08-CV-01955-DLB |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Curtis Whitaker in care of Young Cho, subject to the reservation of rights, the amount of four thousand two hundred dollars ($4,200.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: November 17, 2009

/s/ Dennis L. Beck _____
THE HONORABLE DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE